| Patient | Unit# | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|
| COCHRAN, BRIDGET | | EMERGENCY ROOM OUTPA DEP ER | | 11/17/18 | |

### PATIENT
Soc Sec No    DOB    Age 32    Sex F    MS S    Race W    Religion NONE
Address: 4042 56TH AVE N
ST PETERSBURG, FL 33714
Home Ph:    County: PINELLAS
Language: English

### PATIENT EMPLOYER
DPS POWDER COATING
, FL 00000
Work Phone: (999)999-9999
Occupation: OFFICE ASSISTANT

### GUARANTOR
COCHRAN, BRIDGET    SS#:
Address:
4042 56TH AVE N    ST PETERSBURG, FL 33714
Home Ph:    County: PINELLAS
Relationship to Patient: SELF

### GUARANTOR EMPLOYER
DPS POWDER COATING
, FL 00000
Work Phone: (999)999-9999
Occupation: OFFICE ASSISTANT

### PERSON TO NOTIFY
NONE, PER PT

, FL 00000
Hm: (999)999-9999   Wk: (999)999-9999
Rel to Patient: UNKNOWN

### NEXT OF KIN

### TEMPORARY ADDRESS
Ph:
Note:
Thru:

### INSURANCE #1
MAGELLAN COMPLETE CARE
P.O. BOX 2097
MARYLAND HEIGHTS, MO 63043-089
Phone (800)327-8613
Contact

Policy #: 2071850122
Patient ID
Coverage #
Subscriber COCHRAN, BRIDGET
Rel to PT SELF
Eff. 11/17/18 to       Rel Y   Assign Y
Group

### AUTHORIZATION
Treat/Precert NR/E
Ins Verif
Pro Review    Not Required
Ins. Name -   MAGELLAN COMPLETE CARE
Ins. Mnemonic
Insured DOB

### INSURANCE #2
Phone
Contact

Policy #
Patient ID
Coverage #
Subscriber
Rel to Pt
Eff.        to        Rel   Assign
Group

### AUTHORIZATION
Treat/Precert
Ins Verif
Pro Review
Ins. Name -
Ins. Mnemonic
Insured DOB

### INSURANCE #3
Phone
Contact

Policy #
Patient ID
Coverage #
Subscriber
Rel to Pt
Eff.        to        Rel   Assign
Group

### AUTHORIZATION
Treat/Precert
Ins Verif
Pro review
Ins. Name -
Ins. Mnemonic
Insured DOB

### OCCURRENCES
Code Type                        Date       Time
11   ONSET OF SYMPTOMS ILLNESS   11/17/18

### CONDITIONS
Code Type

### SPAN CODES
Code   From   Thru
Code   From   Thru

Special Program

Last Hospitalization

Admission Comment
NO

Financial Class

### PHYSICIANS
Attending Physician

Admitting Physician

Emergency Room Physician
Boraggina, Nicholas A  MD

Prim Care Physician
No Primary or Family Physician

Family Physician

Other Physician
Self Referred

### ADMISSION/REGISTRATION
Date       Time  Source/Priority         Rm/Bed  Arrival  Principal Admitting Diagnosis/Reason for Visit   Admitted By
11/17/18   1817  NON HEALTHCARE FAC R /          WI       HEAD PAIN HEADACHE                               1RSQME7623
                 EMERGENCY

St. Petersburg General Hospital
6500 38th Avenue North, St. Petersburg FL 33710

EDF                                                                                   11/17/18 2300 By 1RSHNI7554

Acct#

5-20-2021
Patient: COCHRAN, BRIDGET  MRN: G100372364  Encounter: G03013017316    20200775531    Page 12 of 47    5820210520006144

Email: MIMIME12840@GMAIL.COM

| Patient | Unit# | Service/Location | Status Date | Account # |
|---|---|---|---|---|
| COCHRAN, BRIDGET | | EMERGENCY RM OUT PT  DEP ER  07/30/20 | | |

**PATIENT**  
Soc Sec No            DOB            Age  Sex  MS  Race  Religion  
                                      34    F    S    W    NONE  
Address:  4042 56TH AVE N  
          ST PETERSBURG, FL 33714  
Home Ph:                County: PINELLAS  
Language: English  

**EMPLOYER**  
DPS POWDER COATING  
CLEARWATER, FL 00000  
Work Phone: (999)999-9999  
Occupation: OFFICE ASSISTANT  

**GUARANTOR**  
COCHRAN, BRIDGET  
Address:  
4042 56TH AVE N          ST PETERSBURG, FL 33714  
Home Ph:                 County: PINELLAS  
Relationship to Patient: SELF  

**GUARANTOR EMPLOYER**  
DPS POWDER COATING  
CLEARWATER, FL 00000  
Work Phone: (999)999-9999  
Occupation: OFFICE ASSISTANT  

Ph:                      Thru:  
Note:  

**INSURANCE #1**  
WELLCARE MCD HMO  
PO BOX 31372  
TAMPA, FL 33631  
Phone (856)334-7927  
Contact  

Patient ID 2071850122  
Coverage #  
Subscriber COCHRAN, BRIDGET  
Rel to PT  SELF  
Eff. 07/30/20 to         Rel Y Assign Y  
Group    -WELLCARE MEDICAID HMO  

Treat/Precert  
Ins Verif  
Pro Review   Not Required  
Ins. Name    WELLCARE MCD HMO  
Ins. Mnemonic WELMCD  
Insured DOB  

**INSURANCE #2**  
Phone  
Contact  

Patient ID  
Coverage #  
Subscriber  
Rel to Pt.  
Eff.         to          Rel   Assign  
Group  

Treat/Precert  
Ins Verif  
Pro Review  
Ins. Name  
Ins. Mnemonic  
Insured DOB  

**INSURANCE #3**  
Phone  
Contact  

Patient ID  
Coverage #  
Subscriber  
Rel to Pt  
Eff.         to          Rel   Assign  
Group  

Treat/Precert  
Ins Verif  
Pro review  
Ins. Name  
Ins. Mnemonic  
Insured DOB  

**OCCURRENCES**  
Code Type                        Date       Time  
05  ACCIDENT WITHOUT LIAB COVG   07/30/20   1500  

**CONDITION CODES**  
Code Type  

Special Program  

Last Hospitalization                   Admission Comment                              Financial Class  
                                                                                      09MCDIHMO  

Attending Physician        Admitting Physician            Emergency Room Physician  
                                                          Ojan-Kwansa, Edward  DO  
Prim Care Physician        Family Physician               Other Physician  
No Primary or Family Physician  

Date       Time  Source/Priority       Rm/Bed  Arrival  Principal Admitting Diagnosis/Reason for Visit  Admitted By  
07/30/20   1632  NON HEALTHCARE FAC R /  WI              RIGHT SIDED PAIN DUE TO SLIP AND FALL           1R5GCI6843  
                 EMERGENCY  

Northside Hospital and Heart Institute  
6000 49th Street North, St. Petersburg FL 33709  (727) 521-4411  

EDF                                                                                 07/30/20 2334 By 1R5MUK9439  

Acct#                                                                               FSO  

Patient: COCHRAN, BRIDGET    MRN: N000309427  Encounter: N05012066917   Page 1 of 1

# LAROCCA INJURY CENTERS, LLC.

| | | | | | |
|---|---|---|---|---|---|
| 2718 Letap Court, Unit 102<br>Land O' Lakes, FL 34638<br>P: (813) 898-8888<br>*Partner Office* | 2017 Drew St.<br>Clearwater, FL 33765<br>P: (727) 797-7090 | 5058 66TH Street. N.<br>St. Petersburg, FL 33709<br>P: (727) 258-4910 | 3306 US Hwy. 19, Ste. B<br>Holiday, FL 34691<br>P: (727) 312-5190 | 3908 9TH Avenue. W.<br>Bradenton, FL 34205<br>P: (941) 714-0714 | 1401 East Bay Dr.<br>Largo, FL 33771<br>P: (727) 501-0081 |
| 800 West M.L.K. Blvd., Unit 2<br>Tampa, FL 33607<br>P: (813) 898-8888 | 11401 N. 56TH St., Ste.18<br>Temple Terrace, FL 33617<br>P: (813) 898-8888<br>*Partner Office* | 711 N. Lake Parker Ave.<br>Lakeland, FL 33801<br>P: (863) 603-8797 | 3301 5TH Ave. S.<br>St. Petersburg, FL 33712<br>P: (727) 328-0000<br>*Partner Office* | 719 North Parsons Ave.<br>Brandon, FL 33510<br>P: (813) 820-3661 | 9384 N. 56TH Street<br>Temple Terrace, FL 33617<br>P: (813) 988-8998 |

## Patient Information:

Today's Date: 8/7/20
Patient Full Name: Bridget Jo Cochran
Address: 4042 56th Ave N    Apt #: ___
City: St. Pete    State: FL    Zip: 33714
Home Phone: ___    Cell Phone: [REDACTED]    Work Phone: [REDACTED]
Email Address: [REDACTED]
Date of Birth: [REDACTED]    Age: 34    Marital Status: Single    Male ___ Female: X
Social Security #: [REDACTED]
Insurance Company: ___    Policy #: ___
Claim #: ___

## Injury Description:

Date of Injury/Accident: 7/30/2020
Where Injury/Accident happened (i.e., street, store, or building): Home Depot
City: St. Pete    State: FL
Were you the: ☐ Driver or ☐ Passenger. Were you sitting in the: ☐ Front Seat or ☐ Back Seat
Impact was on: ☐ Behind ☐ Front ☐ Left Side ☐ Right Side
Did the airbags deploy? ☐ Yes ☐ No
Were there any other passengers in the car? ☐ Yes ☐ No
Was your vehicle stopped when the accident happened? ☐ Yes ☐ No

## Hospital:

Did you go to the hospital? ☒ Yes ☐ No If yes, which hospital? North Side
When did you go? ☒ Immediately ☐ Same Day ☐ Next Day ☐ Other ___
How did you get there? ☐ Ambulance ☐ Self ☒ Someone else took me

Patient Signature: [signature]    Date: 8/7/20

4-19-2021    20200775531    5120210419230666

**8404**



## SurgCenter NORTHEAST
### SCHEDULING SHEET

P. C ✓

| Is this a previous patient? (Please circle one) YES OR NO | Surgery Center Scheduler: Sheaira Deans<br>Office #: (727) 565-0740   Fax #: (727) 350-5952<br>Pre-Op #: (727) 565-1119   Pre-Op Fax #: (727) 350-5954 |
|---|---|

Today's Date: 9/21/20   Surgeon: Tedder   Office Scheduler: Culena
Patient: Bridget Cochran   Male or (Female)
Address: 4017 Sixth Ave. N.   City: SP   State: FL   Zip: 33714
Home Phone:   Work Phone:   Cell Phone:
Procedure Date: Wed 9/23/20   Procedure Time: 3:00pm   Duration: 1hr
Workman's Comp Case: Y or (N) / Auto Accident: Y or (N)   Date of Injury: 1/30/20  S/F Home Depot

CPT:
29880
29877
29876
20610 x 2
0232T x 2

Consent to Read: (R)  L  Bilateral

Right Knee arthroscopy with PRP/stem cell injection
Right Shoulder PRP/stem cell injection

ICD-10 CODES: S83.231A   M75.51

| Anesthesia Type: Please place "X" for Anesthesia Type | LOCAL | MAC | SEDATION | GENERAL ✓ | BLOCK | | C-ARM | |
|---|---|---|---|---|---|---|---|---|
| | | | | | INTERSCALENE | AXILLARY | YES | NO |
| | | | | | FEMORAL | POPLITEAL | ANKLE | |
| | | | | | SUPRACLAVICULAR | OTHER: | | |

Equipment Needed:

Implant Needed:

**Primary**
Insurance: Wilson Reeder & Zudar   ID #:
Group #:   Effective Date:
Contact Name: Ana   Phone #:
Pre-Existing: Yes or No
Implants Covered: Yes or No ____100%
Pre-Cert for Facility: Yes or No
Pre-Cert #:
Abenitz@wrzlaw.com

**Secondary**
Insurance:   ID #:
Group #:   Effective Date:
Contact Name:   Phone #:
Pre-Existing: Yes or No
Implants Covered: Yes or No ____100%
Pre-Cert for Facility: Yes or No
Pre-Cert #:

THIS PORTION MUST BE COMPLETE BEFORE SENDING OVER BOOKING SHEET (CHECK ALL BOXES THAT APPLY)
AUTO INSURANCE   HEALTH INSURANCE   WORK COMP   ✓ ATTORNEY'S OFFICE
Spoke to Ana directly
Name: Wilson, Reeder & Zudar
Phone #: 813-575-4100
Fax #:

DOES THE PATINT NEED ANY OF THE FOLLOWING COMPLETED PRIOR TO THE DOS (CHECK ALL BOXES THAT APPLY)
MEDICAL CLEARANCE   CARDIAC CLEARANCE   LABS   EKG   OTHER:

NONE NEEDED

HAS THE H&P BEEN FAXED OVER WITH THE SCHEDULING SHEET (PLEASE CHECK ONE)   YES   NO

COCHRAN, BRIDGET
DOB: 12/09/85   AGE: 34Y  SEX: F
DR: Tedder, Jeffrey
MRN: 0008404   DOS: 09/23/2020

4-19-2021                            20200775531                           5120210419230666

# REGISTRATION

## PATIENT INFORMATION:

**NAME (FIRST MI LAST):** BRIDGET COCHRAN
**AGE:** 34Y
**SEX:** F
**ADDRESS:** 4042 56TH AVE N
**CITY, STATE, ZIP CODE:** SAINT PETERSBURG, FL 33714
**ETHNICITY:** White
**EMPLOYER:** DPS Powder Coating
**OCCUPATION:** Admin
**ADDRESS:** 4980 110th Ave N
**CITY, STATE, ZIP CODE:** Clearwater, FL 33760

## EMERGENCY CONTACT

**NAME (FIRST MI LAST):** Fawn Cochran
**RELATIONSHIP:** Sister

## PRIMARY INSURANCE

**INSURER:** ATTY - WILSON, REEDER AND ZUDAR
**INSURED'S NAME (FIRST MI LAST):** BRIDGET COCHRAN
**PATIENT'S RELATIONSHIP TO INSURED:** 18-Self
**BIRTHDATE:** 12/09/1985
**INSURED'S SSN:** 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

## SECONDARY INSURANCE

## RESPONSIBLE PARTY

**FULL NAME:** COCHRAN, BRIDGET
**RELATIONSHIP TO PATIENT:** 01-Self
**STREET ADDRESS:** 4042 56TH AVE N
**CITY STATE ZIP CODE:** SAINT PETERSBURG, FL 33714

## MEDICAL INFORMATION

**DATE OF SURGERY:** 09/23/2020
**TIME:** 03:00PM
**ANESTHESIA TYPE:** GENERAL
**DIAGNOSIS:** S83.231A Complex tear of medial meniscus, current injury, right knee, initial en
**SURGEON:** Jeffrey Tedder

### Financial:
I hereby certify that the information above regarding my health insurance coverage is true and correct and I understand that failure to provide this information may result in rejection of this claim. Even though insurance may pay for this service,
I understand that frequently insurance only pays part of the charge, or the type of procedure performed is not a covered service including implants, pathology, labs, or other required services.
I understand that proceeds of insurance will be promptly credited to my account when received. Any additional monies will be due and payable in 30 days. I agree that this applies to SurgCenter Northeast.

### Assignment of Benefits:
I authorized the release of any medical information necessary to process this claim. I understand I am financially responsible for the unpaid balance of all accounts in the event this authorization is insufficient to liquidate this account. I hereby assign and transfer any insurance benefits including Medicare due me for professional surgical services and /or professional anesthesia services to be paid directly to SurgCenter Northeast.

### Release of Information:
I understand that the financial information herein supplied by me may be provided to other health care providers involved in the performance of patient care at the SurgCenter Northeast.
I understand that should my account be sent to collection or require litigation to liquidate, I would be responsible for any attorney fees and extra costs incurred. I acknowledge receipt of the Notice of Privacy Practices statement.

### ACKNOWLEDGEMENT OF RECEIPT OF PRIVACY NOTICE
I acknowledge that I have received a copy of the Notice of Privacy Practices. A detailed version of this notice is available upon request.
___ I do not wish for any information regarding my Personal Health or Medical records to be shared.
_X_ I allow for my Personal Health Information or Medical records to be shared with: Fawn Cochran

I further acknowledge that the information stated above is correct to the best of my knowledge.

**NAME OF PERSON COMPLETING FORM:** Bridget Cochran
**WITNESS:** [signature]
**DATE:** 9/23/20

**RESPONSIBLE PARTY:** Self
**RELATIONSHIP:** [signature]
**DATE:** 04-24-2022

| | |
|---|---|
| Community Health Centers of Pinellas at Lealman | Cochran, Bridget J. |
| CHCP - Patient Registration1 - Page 1 of 2 | Date of Birth: ▉ |
| Date: 04/26/2021 | Patient ID/MR#. ▉ |

# Patient Registration

| | |
|---|---|
| First Name | Bridget |
| Middle Name/Initial | J |
| Last Name | Cochran |
| Date of Birth | ▉ |
| Sex assigned at birth: | FEMALE |
| Do you have a Social Security Number? | Yes |
| Social Security Number | ▉ |
| Marital Status | Single |

# Patient Registration

| | |
|---|---|
| Preferred Language | English |
| Ethnicity | Non-Hispanic |
| Race | Specify Race... |
| Check at least one below: | |
| Asian | |
| American Indian / Alaskan Native | |
| Unreported / Refuse To Report | |
| Black or African American | |
| Native Hawaiian | |
| Other Pacific Islander | |
| White | Yes |

# Address Information

| | |
|---|---|
| Address 1 / Apt Number | 4042 56th Ave N |
| Address 2 | |
| Zip Code | 33714 |
| City | ST. PETERSBURG |
| State | FL |

| | |
|---|---|
| Community Health Centers of Pinellas at Lealman | Cochran, Bridget J. |
| CHCP - Patient Registration1 - Page 2 of 2 | Date of Birth: ▮ |
| Date: 04/26/2021 | Patient ID/MR#: ▮ |

## Phone & Email Contact Info

| | |
|---|---|
| *Home Phone* | ▮ |
| *Mobile Phone* | ▮ |
| *Which is your primary phone?* | Home Phone |

How do you prefer to be contacted?
Check at least one.

| | |
|---|---|
| *Home Phone* | Yes |
| *Mobile Phone* | Yes |
| *Email Address* | ▮ |
| *I do not have an email address* | No |