Skip to Main Content   Logout   My Account   Search Menu   New Civil Search   Refine Search   Back   Location : Pinellas County   Help

# REGISTER OF ACTIONS
### CASE NO. 22-001821-CI



**BRIDGET COCHRAN Vs. HOME DEPOT USA INC**

| | |
|---|---|
| Case Type: | NEGLIGENCE - PREMISES LIABILITY - COMMERCIAL |
| Date Filed: | 04/19/2022 |
| Location: | Section 13 |
| Judicial Officer: | NEWTON, CYNTHIA J |
| UNIFORM CASE NUMBER: | 522022CA001821XXCICI |

## PARTY INFORMATION

**DEFENDANT**   HOME DEPOT USA INC  A FOREIGN CORPORATION

1201 HAYS STREET
TALLAHASSEE, FL 32301

**Attorneys**
MEGHAN L THEODORE, ESQ

LUKS SANTANIELLO PETRILLO
100 N TAMPA ST STE 2120
TAMPA, FL 33602

813-226-0081(W)


ANTHONY J PETRILLO, ESQ

LUKS SANTANIELLO PETRILLO
100 N TAMPA ST STE 2120
TAMPA, FL 33602

813-226-0081(W)

**PLAINTIFF**   COCHRAN, BRIDGET

6507 GUNN HWY
TAMPA, FL 33625

MATTHEW L WILSON, ESQ

WILSON REEDER & ZUDAR PA
6507 GUNN HWY
TAMPA, FL 33625

813-575-4100(W)

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

05/16/2022  **NOTICE OF APPEARANCE**   Doc # 7
   Party: HOME DEPOT USA INC
05/16/2022  **DESIGNATION OF E-MAIL ADDRESS(ES)**   Doc # 8
05/16/2022  **ANSWER, AFFIRMATIVE DEFENSES, DEMAND FOR JURY TRIAL**   Doc # 9
   Party: HOME DEPOT USA INC
04/20/2022  **SUMMONS - ISSUED**   Doc # 2
   Party: HOME DEPOT USA INC
04/19/2022  **CIVIL COVER SHEET - E-FILED**   Doc # 1
04/19/2022  **COMPLAINT WITH DEMAND FOR JURY TRIAL**   Doc # 3
04/19/2022  **NOTICE OF SERVICE OF INTERROGATORIES**   Doc # 4
04/19/2022  **REQUEST FOR PRODUCTION**   Doc # 5
04/19/2022  **REQUEST FOR ADMISSIONS**   Doc # 6

## FINANCIAL INFORMATION

**PLAINTIFF** COCHRAN, BRIDGET



| | | | |
|---|---|---|---|
| | Total Financial Assessment | | 410.00 |
| | Total Payments and Credits | | 410.00 |
| | **Balance Due as of 05/23/2022** | | **0.00** |
| 04/20/2022 | Transaction Assessment | | 410.00 |
| 04/20/2022 | E-FILE PAYMENT | Receipt # EF-2022-13662   COCHRAN, BRIDGET | (410.00) |